PROB 12C
(7/93)

Report Date: May 10, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Christopher Scott Bouck    Case Number: 2:13CR00096-RHW-6

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: March 4, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 3, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, on or about April, 29, 2016, by using methamphetamine. Mr. Bouck reported to U.S. Probation on or about April, 29, 2016, and submitted a urine sample that was sent to Alere Toxicology for further testing. Mr. Bouck signed a drug use admission form admitting to methamphetamine use on or about April 26, 2016. On May 6, 2016, the toxicology report was received from Alere Toxicology showing a positive result for methamphetamine in reference to the urine sample taken on April 29, 2016

2    **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

   **Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, on or about May 9, 2016, for failing to attend a substance abuse intake

appointment at Alcohol Drug Education Prevention Treatment (ADEPT). The undersigned officer received notification from ADEPT staff on May 9, 2016, that Mr. Bouck did not attend his intake appointment.

3   **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, by failing to provide a random urinalysis test at ADEPT, on or about May 5, 2016. The undersigned officer received notification on May 6, 2016, that Mr. Bouck failed to appear for a random urinalysis test at ADEPT on May 5, 2016. Staff at ADEPT advised the undersigned officer that Mr. Bouck's father had called and advised that Mr. Bouck was in the hospital. On May 6, 2016, the undersigned officer called the hospitals located in Spokane, Washington, and was informed they have no record of Mr. Bouck being a patient. On May 9, 2016, the undersigned officer was able to contact Mr. Bouck's father, who advised the undersigned that he did not call ADEPT and notify them of Mr. Bouck's hospitalization, and was not aware Mr. Bouck went to the hospital on or about May 5, 2016.

4   **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, on or about May 9, 2016, by failing to report to the probation officer in a manner and frequency directed by the court or probation officer. At this time, Mr. Bouck has not reported and submitted a truthful and complete written report to U.S. Probation as directed, within the first 5 days of each month.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/10/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Robert A Whaley_
Signature of Judicial Officer

May 12, 2016
Date