PROB 12C
(6/16)

Report Date: July 6, 2016

## United States District Court

for the

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Christopher Scott Bouck        Case Number: 0980 2:13CR00096-RHW-6

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

Original Offense:          Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:         Prison 24 months;              Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison 30 days;
Date: June 22, 2016        TSR - 36 months

Asst. U.S. Attorney:       Aine Ahmed                     Date Supervision Commenced: June 30, 2016

Defense Attorney:          Federal Defender's             Date Supervision Expires: March 18, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells the defendant to report to a different probation office or within a different time frame. |
| | **Supporting Evidence:** Mr. Bouck violated his conditions of supervised release in Spokane, Washington, by failing to report to U.S. Probation after his release from custody. The undersigned officer received notification from the U.S. Marshals Service that Mr. Bouck would be releasing from custody on June 30, 2016. The undersigned requested that the U.S. Marshals Service direct Mr. Bouck to report to the U.S. Probation Office on July 1, 2016. They advised they would give Mr. Bouck the message. Mr. Bouck failed to report as directed on July 1, 2016. At the time of this report, July 5, 2016, he has failed to make any contact with the undersigned officer since his release from custody. Mr. Bouck's whereabouts are unknown, and it appears he has absconded from supervision. |

Prob12C
**Re: Bouck, Christopher Scott**
**July 6, 2016**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition # 7**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fine, or special assessment. |

**Supporting Evidence**: Since Mr. Bouck's supervision commenced originally, on or about March 4, 2016, he has failed to make a payment toward his restitution or special assessment.

3   **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, by failing to report to the undersigned officer as directed. The undersigned officer received notification that Mr. Bouck would be releasing on June 30, 2016. The undersigned requested the U.S. Marshals Service to direct Mr. Bouck to report to the U.S. Probation Office on July 1, 2016. They advised they would give Mr. Bouck the message. Mr. Bouck failed to report as directed and failed to make any attempt to contact the undersigned officer. His whereabouts are unknown, and it appears he has absconded from supervision.

4   **Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, on or about July 5, 2016, by failing to notify the probation officer of any change in residency. Mr. Bouck released from custody on June 30, 2016 and has failed to notify the undersigned officer where he is currently residing. Mr. Bouck has not made any effort to report or contact the undersigned officer and his whereabouts are unknown.

5.   **Special Condition #28:** The defendant shall reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising probation officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence:** A revocation of supervised release hearing was held on June 22, 2016. Mr. Bouck was ordered to serve 30 days custody, and placement at the RRC for up to 180 days following his release from custody. Mr. Bouck's bed date at the RRC is scheduled for July 7, 2016. The offender appears to have absconded from supervision and his whereabouts are unknown. Based on Mr. Bouck's behavior consisting of absconding from supervision, it appears he has no intention to enter into the RRC as ordered by the court.

Prob12C
**Re: Bouck, Christopher Scott**
**July 6, 2016**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/06/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Signature*

Signature of Judicial Officer

July 6, 2016
Date