PROB 12C
(6/16)

Report Date: December 6, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Scott Bouck        Case Number: 0980 2:13CR00096-RHW-6

Address of Offender:        Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:        Prison 24 months        Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence:        Prison 30 days
Date: June 22, 2016        TSR - 36 months

Asst. U.S. Attorney:        Timothy John Ohms        Date Supervision Commenced: June 30, 2016

Defense Attorney:        Daniel Noah Rubin        Date Supervision Expires: March 18, 2019

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/06/2016 and ISSUE A WARRANT.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, by using methamphetamine. The undersigned officer received a phone call from the director of the Spokane Residential Reentry Center (RRC). The director advised Mr. Bouck submitted to a urinalysis test on November 29, 2016. The urine sample was positive for methamphetamine. |
| 7 | **Special Condition # 23**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. The defendant's participation in the programs offered by the RRC is limited to employment, education, |

treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, for being terminated from the RRC on December 6, 2016. The undersigned officer was contacted by the director of the RRC advising that Mr. Bouck was being terminated from the program due to a positive urine test for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2016

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

December 7, 2016

Date