PROB 12C
(6/16)

Report Date: December 13, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Scott Bouck | Case Number: 0980 2:13CR00096-RHW-6 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Probation | |
| Revocation Sentence<br>June 22, 2016: | Prison - 30 days<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: June 30, 2016 | |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: March 18, 2019 | |

### PETITIONING THE COURT

       To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/06/2016 and 12/07/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Bouck was given instructions to report to U.S. Probation on December 7, 2016. Mr. Bouck left the Spokane Residential Reentry Center (RRC) and never reported as directed. His whereabouts are currently unknown. |
| 9 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Bouck violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about December 5, 2016. |

Prob12C
**Re: Bouck, Christopher Scott**
**December 13, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

December 13, 2016

Date