PROB 12C
(6/16)

Report Date: June 28, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Scott Bouck        Case Number: 0980 2:13CR00096-RHW-6

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>June 22, 2016 | Prison - 30 days<br>TSR - Expires 03/18/2019 | |
| Revocation Sentence<br>March 30, 2017 | Prison - 173 days<br>TSR - Expires 03/18/2019 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: March 31, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 18, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**:  On June 21, 2017, Mr. Bouck's conditions of supervision were reviewed with him.  He signed his conditions of supervised release, acknowledging an understanding of his conditions of supervision, to include standard condition number 2, as noted above.<br><br>On June 26, 2018, the undersigned officer received a phone call from a concerned citizen who informed the undersigned officer that since Mr. Bouck's release from prison in May |

Prob12C
Re: Bouck, Christopher Scott
June 28, 2018
Page 2

2018, there has been continual short term foot traffic at the residence. The concerned citizen also told the undersigned that an individual familiar with Mr. Bouck and the residence, told the concerned citizen that there is, in fact, drug activity in the home.

Based upon Mr. Bouck's recent admission to methamphetamine and heroin use and the information received from the concerned citizen, U.S. Probation, with the assistance of the U.S. Marshal Service, executed a search of Mr. Bouck's residence based upon reasonable suspicion that Mr. Bouck was in possession of illicit drugs on June 28, 2018.

Four marijuana plants were seized that were growing in the backyard. Two very large bags of marijuana were located in a closet in an upstairs bedroom, and in that closet was mail addressed to Mr. Bouck. Also, located upstairs in another room was a jar of marijuana and a baggie of crystalline substance. The crystalline substance was field tested using a NIK kit, and it tested positive for the presence of methamphetamine.

Also, found upstairs in the residence were several marijuana pipes and syringes. Some of the syringes were "loaded" with a clear substance. All items listed above were seized except for the syringes due to safety precautions.

2   **Standard Condition # 3**: The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers.)

**Supporting Evidence**: On June 21, 2017, Mr. Bouck's conditions of supervision were reviewed with him. He signed his conditions of supervised release, acknowledging an understanding of his conditions of supervision, to include standard condition number 3, as noted above

On June 28, 2018, U.S. Probation conducted a search of Mr. Bouck's residence. As a result of the search, brass knuckles were found, which are designed or modified for the specific purpose of causing bodily injury.

3   **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: On June 21, 2017, Mr. Bouck's conditions of supervision were reviewed with him. He signed his conditions of supervised release, acknowledging an understanding of his conditions of supervision, to include standard condition number 9, as noted above.

On June 22, 2018, the undersigned officer spoke with Mr. Bouck via the telephone after being informed he failed to appear for a random urinalysis test at Pioneer Human Services. Mr. Bouck was instructed to report on June 25, 2018. On June 25, 2018, he failed to report as directed. On June 25, 2018, the undersigned officer contacted Mr. Bouck at approximately 5:34 p.m. to question his inability to report as instructed. He verbally admitted over the phone that he had used heroin and made a statement that he may have overdosed earlier in the day. He was again instructed to report to the probation office on June 26, 2018. On June 26, 2018, Mr. Bouck again failed to report as instructed.

Prob12C
**Re: Bouck, Christopher Scott**
**June 28, 2018**
**Page 3**

| | | |
|---|---|---|
| | 4 | **Special Condition #7:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |

**Supporting Evidence:** On June 21, 2017, Mr. Bouck's conditions of supervision were reviewed with him. He signed his conditions of supervised release, acknowledging an understanding of his conditions of supervision, to include special condition number 7, as noted above.

On June 27, 2018, Mr. Bouck reported to the probation office as directed by the undersigned officer. When a random urinalysis test was requested, Mr. Bouck admitted to using methamphetamine and heroin on June 25, 2018, and admitted to taking adderall, a prescription drug not prescribed to him, on June 26, 2018. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/28/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

June 28, 2018
Date