Report Date: July 23, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Scott Bouck | Case Number: 0980 2:13CR00096-RHW-6 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

Original Offense:   Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | March 31, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | March 18, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/28/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 21, 2017, Mr. Bouck's conditions of supervision were reviewed with him. He signed his conditions of supervised release, acknowledging an understanding of his conditions of supervision, to include standard condition number 1, as noted above.<br><br>Mr. Bouck violated standard condition number 1, by being arrested for possession of methamphetamine on or about July 13, 2018.<br><br>According to the Spokane police report, case number 2018-20135548, Mr. Bouck was contacted by officers with the Spokane Police Department and arrested on his federal supervised release warrant. Mr. Bouck had a black backpack in his possession, and while being booked on his warrant at the Spokane County Jail, a correctional officer discovered a small plastic baggie with a white crystal substance hidden inside Mr. Bouck's wallet. The substance tested positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/23/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 25, 2018

Date