PROB 12C
(6/16)

Report Date: August 16, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Scott Bouck | Case Number: 0980 2:13CR00096-RHW-6 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>June 22, 2016 | Prison - 30 days<br>TSR - Expires 3/18/2019 | |
| Revocation Sentence:<br>March 30, 2017 | Prison - 173 days<br>TSR - Expires 03/18/2019 | |
| Revocation Sentence<br>November 29, 2018 | Prison - 9 months<br>TSR - 44 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 18, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Bouck is alleged to have violated standard condition number 1 by failing to report to the U.S. Probation office within 72 hours of release from custody.<br><br>On November 29, 2018, Mr. Bouck was made aware of his conditions of supervised release to include reporting to the probation office within 72 hours of his release. |

Prob12C
**Re: Bouck, Christopher Scott**
**August 16, 2019**
**Page 2**

Mr. Bouck completed his Bureau of Prisons (BOP) sentence on July 19, 2019. He remained in custody until August 13, 2019, to complete his state probation sentence. He released from the King County Jail on August 13, 2019, and he contacted the undersigned officer to advise of his release from custody. He also informed the undersigned officer he was not provided any transportation back to Spokane, Washington (bus ticket). He further advised he would be attempting to arrange transportation to Spokane. Mr. Bouck was directed to call the undersigned officer daily with an update, if any assistance could be provided by this officer. He confirmed he had the undersigned officer's phone number and confirmed he needed to report to the probation office immediately upon his arrival in Spokane.

The undersigned officer has not heard from Mr. Bouck since August 13, 2019. He did not call the undersigned officer daily as instructed and has not reported to the probation office within 72 hours of his release. The undersigned officer also spoke with collateral sources close to Mr. Bouck and this officer was informed Mr. Bouck has not contacted them either. Mr. Bouck's whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/16/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/20/2019
Date