PROB 12C
(6/16)

Report Date:  January 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Scott Bouck          Case Number: 0980 2:13CR00096-RHW-6

Address of Offender: Benton County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence:<br>March 30, 2017 | Prison- 173 days<br>TSR - Expires 03/18/2019 | |
| Revocation Sentence:<br>November 29, 2018 | Prison- 9 months<br>TSR- 44 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 18, 2023 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/20/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers.) |
| | **Supporting Evidence**: On or about December 25, 2019, it is alleged that Mr. Bouck was in violation of standard condition number 10, by being in possession of mace at the time of his arrest. |
| | On November 29, 2018, Mr. Bouck was made aware of his conditions of supervised release to include not to possess a dangerous weapon. |

**Prob12C**
**Re: Bouck, Christopher Scott**
**January 10, 2020**
**Page 2**

On December 25, 2019, Mr. Bouck was contacted as a passenger in a vehicle by a Spokane County deputy. The deputy observed Mr. Bouck acting suspicious (hands between his legs and out of sight, averting and hiding his face, and shaking). Mr. Bouck was removed from the vehicle, and when he was initially contacted, he provided the deputy with numerous false names until his true identity was discovered. In Mr. Bouck's pocket was a can of mace, designed to cause bodily injury. He was arrested on two outstanding felony warrants, a Washington State Department of Corrections (DOC) warrant and his federal probation warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/10/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

1/13/2020

Date